IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EFRAIN ORNELAS CRUZ,<br><br>    Petitioner,<br><br>  vs.<br><br>R. STEWART,<br><br>    Respondent.<br>_____/ | 1:06-cv-00094-REC-TAG-HC<br><br><br>ORDER TO SUBMIT<br>APPLICATION TO PROCEED<br>IN FORMA PAUPERIS<br>**OR** FILING FEE |

      Petitioner is a state prisoner proceeding pro se in an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has submitted the required original signature by an authorized officer of the institution of incarceration and a certified copy of his trust account statement. However, petitioner has not submitted his application to proceed in forma pauperis <u>on the appropriate form</u> pursuant to 28 U.S.C. § 1915. Accordingly, IT IS HEREBY ORDERED that:

      1. The Clerk's Office shall send to petitioner the form for application to proceed in forma pauperis.

      2. Within thirty (30) days of the date of service of this order, petitioner shall submit a completed application to proceed in forma pauperis, or in the alternative, pay the $5.00 filing fee for this action. Petitioner is not required to re-submit a certified copy of his prison trust account statement. Failure to comply with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

Dated:  **April 12, 2006**                                     **/s/ Theresa A. Goldner**
**j6eb3d**                                                     UNITED STATES MAGISTRATE JUDGE