IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EFRAIN ORNELAS CRUZ,<br><br>  Petitioner,<br><br>vs.<br><br>R. STEWART,<br><br>  Respondent.<br>_____/ | 1:06-CV-00094-REC-TAG-HC<br><br>ORDER VACATING ORDER FOR PETITIONER TO SUBMIT NEW APPLICATION TO PROCEED IN FORMA PAUPERIS<br>[Doc. 6]<br><br>ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS<br>[Doc. 5] |

Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On April 13, 2006, the court issued an order for petitioner to submit a new application to proceed in forma pauperis due to plaintiff's failure to submit an application on the appropriate form. Further review of petitioner's file shows that the application to proceed in forma pauperis filed by petitioner on April 6, 2006, contains sufficient information. Accordingly, IT IS HEREBY ORDERED that:

1. The court's order of April 13, 2006, ordering petitioner to submit a new application to proceed in forma pauperis (Doc. 6), is VACATED in its entirety; and

2. Petitioner's application to proceed in forma pauperis (Doc. 5), is GRANTED.

IT IS SO ORDERED.

Dated:  **April 27, 2006**                          **/s/ Theresa A. Goldner**
**j6eb3d**                                    UNITED STATES MAGISTRATE JUDGE