UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EFRAIN ORNELAS CRUZ,<br><br>    Petitioner,<br><br>    v.<br><br>R. STEWART,<br><br>    Respondent. | 1:06-CV-00094-REC-TAG-HC<br><br>ORDER DENYING IFP APPLICATION<br>AS MOOT   (Doc. 8) |

Petitioner is a prisoner proceeding pro se with a petition for habeas corpus pursuant to 28 U.S.C. § 2254. On May 3, 2006, Petitioner submitted an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. (Doc. 8). Due to the fact that the Court granted Petitioner leave to proceed in forma pauperis on April 27, 2006, IT IS HEREBY ORDERED that Petitioner's application to proceed in forma pauperis (Doc. 8), is DENIED AS MOOT.

IT IS SO ORDERED.

Dated:  **June 7, 2006**                                          /s/ Theresa A. Goldner
**j6eb3d**                                                        UNITED STATES MAGISTRATE JUDGE