1

2

3

4

5

6                          UNITED STATES DISTRICT COURT

7                            EASTERN DISTRICT OF CALIFORNIA

8

9   EFRAIN ORNELAS CRUZ,                    )      1:06-cv-00094-LJO-TAG HC
                                            )
10                                          )      ORDER REQUIRING RESPONDENT TO
                     Petitioner,            )      FILE RESPONSE TO PETITION
11                                          )
                                            )      ORDER SETTING BRIEFING SCHEDULE
12        v.                                )
                                            )      ORDER DIRECTING CLERK OF COURT
13  R. STEWART,                             )      TO SERVE DOCUMENTS
                                            )
14                   Respondent.            )
    _____)

15

16        _____Petitioner is a state prisoner proceeding pro se and in forma pauperis with a petition for writ

17  of habeas corpus pursuant to 28 U.S.C. § 2254.

18        Petitioner filed his Petition on January 30, 2006. (Doc. 1).  The Court has conducted a

19  preliminary review of the Petition.   Accordingly, pursuant to Rule 4 of the Rules Governing Section

20  2254 Cases and Rule 16 of the Federal Rules of Civil Procedure,[1] the Court HEREBY ORDERS:

21        1)       Respondent SHALL FILE a RESPONSE.  A Response can be made by filing one of

22                 the following:

23                 A.       AN ANSWER addressing the merits of the Petition and due within **NINETY**

24                          **(90)** days of the *date of service* of this order.  Rule 4, Rules Governing Section

25                          2254 Cases; Cluchette v. Rushen, 770 F.2d 1469, 1473-1474 (9th Cir. 1985)

26  _____

27        [1]The Federal Rules of Civil Procedure are "applicable to habeas corpus proceedings to the extent that the practice
    in such proceedings are not set forth in the statutes of the United States and has heretofore conformed to the practice of civil
    actions."  Fed.R.Civ.P. 81(a)(2).  Rule 11 also provides "the Federal Rules of Civil Procedure, to the extent that they are not
28  inconsistent with these rules, may be applied, when appropriate, to the petitions filed under these rules."  Rule 11, Rules
    Governing Section 2254 Cases.

                                                   1

1    (court has discretion to fix time for filing an Answer.).

2    &ndash;    Respondent SHALL INCLUDE with the Answer any and all

3    transcripts or other documents necessary for the resolution of the

4    issues presented in the Petition. Rule 5 of the Rules Governing Section

5    2254 Cases.

6    &ndash;    Any argument by Respondent that Petitioner has *procedurally*

7    *defaulted* a claim(s) SHALL BE MADE in an ANSWER that also

8    addresses the merits of the claims asserted. This is to enable the Court

9    to determine whether Petitioner meets an exception to procedural

10   default. See Paradis v. Arave, 130 F.3d 385, 396 (9th Cir. 1997)

11   (Procedurally defaulted claims may be reviewed on the merits to serve

12   the ends of justice);  Jones v. Delo, 56 F.3d 878 (8th Cir. 1995) (the

13   answer to the question that it is more likely than not that no reasonable

14   juror fairly considering all the evidence, including the new evidence,

15   would have found Petitioner guilty beyond a reasonable doubt

16   necessarily requires a review of the merits).

17   &ndash;    Petitioner's TRAVERSE, if any, is due **THIRTY (30)** days from the

18   date Respondent's Answer is filed with the Court.

19   B.    A MOTION TO DISMISS due within **SIXTY(60)** days of the *date of service*

20   of this order based on the following grounds:[2]

21   i.    EXHAUSTION - 28 U.S.C. § 2254(b)(1).  A Motion to Dismiss for

22   Petitioner's failure to exhaust state court remedies SHALL INCLUDE

23   copies of all the Petitioner's state court filings and dispositive rulings

24   so as to allow the Court to examine the limitations issue.  See, Ford v.

25

26   [2]Rule 4 of the Rules Governing Section 2254 Cases provides that upon the court's determination that summary dismissal is inappropriate, the "judge shall order the respondent to file an answer or *other pleading . . . or to take such other*

27   *action as the judge deems appropriate*." Rule 4, Rules Governing Section 2254 Cases (emphasis added); see, also, Advisory Committee Notes to Rule 4 and 5 of Rules Governing Section 2254 Cases (stating that a dismissal may obviate the need for filing an answer on the substantive merits of the petition and that the Attorney General may file a Motion to Dismiss for

28   failure to exhaust.); also, White v. Lewis, 874 F.2d 599, 60203 (9th Cir.1989) (providing that Motions to Dismiss pursuant to Rule 4 are proper in a federal habeas proceeding.)

1    Hubbard, 305 F.3d 875 (9th Cir. 2002); Kelly v. Small, 315 F.3d 1063

2    (9th Cir. 2003);

3         ii.    STATUTE OF LIMITATIONS - 28 U.S.C. § 2244(d)(1).  A Motion to

4         Dismiss the Petition as filed beyond the one year limitations period

5         SHALL INCLUDE copies of all Petitioner's state court filings and

6         dispositive rulings.

7         iii.   SECOND OR SUCCESSIVE Petitions - 28 U.S.C. § 2244(b).  A

8         Motion to Dismiss the Petition on the basis of § 2244(b) SHALL

9         include a copy of the previously filed federal Petition and disposition

10        thereof.

11   2.   OPPOSITIONS to Motions to Dismiss SHALL be served and filed within

12        EIGHTEEN (18) days, plus three days for mailing.  All other Oppositions SHALL be

13        served and filed within EIGHT (8) days, plus three days for mailing. REPLIES to

14        Oppositions to Motions to Dismiss SHALL be served and filed within eight (8) days,

15        plus three days for mailing.  Replies to Oppositions to all other Motions SHALL be

16        served and filed within eight (8) days, plus three days for mailing.  If no opposition is

17        filed, all motions are deemed submitted at the expiration of the opposition period.

18   3.   Unless already submitted, both Respondent and Petitioner SHALL COMPLETE and

19        RETURN to the Court along with the Response or Motion to Dismiss, a Consent

20        form indicating whether the party consents or declines to consent to the jurisdiction of

21        a the United States Magistrate Judge pursuant to Title 28 U.S.C. § 636(c)(1).

22   4.   RESPONDENT SHALL submit a Notice of Appearance as attorney of record within

23        **SIXTY (60)** days of the date of service of this order for purposes of service of court

24        orders.  See, Local Rule 83-182(a), 5-135(c).

25   5.   The Clerk of the Court is DIRECTED to SERVE a copy of this order along with a

26        copy of the PETITION (Doc. 1), and any exhibits/attachments, on the Attorney

27        General or his representative.

28   ///

3

1       All motions shall be submitted on the record and briefs filed without oral argument unless

2   otherwise ordered by the Court.  Local Rule 78-230(h).  All provisions of Local Rule 11-110 are

3   applicable to this order.

4

5   IT IS SO ORDERED.

6   Dated:   **April 2, 2007**                                        **/s/ Theresa A. Goldner**
    **j6eb3d**                                                UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28