UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EFRAIN ORNELAS CRUZ, | ) | 1:06-cv-00094-LJO-TAG HC |
| | ) | |
| Petitioner, | ) | ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS (Doc. 1) |
| | ) | |
| v. | ) | ORDER DIRECTING CLERK OF COURT TO ENTER JUDGMENT |
| R. STEWART, | ) | |
| Respondent. | ) | |

Petitioner is a state prisoner proceeding pro se and in forma pauperis with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

Petitioner filed his Petition on January 30, 2006. (Doc. 1). On April 3, 2007, the Court ordered Respondent to file a response. (Doc. 12). On June 4, 2007, Respondent filed a "Response to Court's Order; Notice of Related Case," in which Respondent advised the Court of an identical pending petition filed by Petitioner on January 3, 2006, in Case No. 06-cv-00002-LJO-WMW. (Doc. 14). Respondent requested that the Court take judicial notice of this related case, and that the Court either transfer the instant case to the Magistrate Judge handling Case No. 06-00002, or that the Court "take other action it deems appropriate under these circumstances." (Id.).

The Court has reviewed both Case No. 06-00006 and the instant petition and finds that the two petitions are identical in substance. Both petitions challenge the same conviction, and the instant petition raises the same claims that were raised in Case No. 06-00006. The only distinction between the two handwritten petitions is the expected variation in penmanship. Review of the

petitions also discloses that in the first action, Case No. 06-00006, Respondent was ordered to file a response and has since filed a motion to dismiss based on lack of exhaustion.

In light of the duplicative nature of the petitions, the Court finds that the instant, later-filed action should be DISMISSED. Petitioner may pursue his habeas claims through Case No. 06-00006.

Accordingly, IT IS HEREBY ORDERED that:

1. The petition for writ of habeas corpus (Doc. 1), is DISMISSED; and,

2. The Clerk of Court is DIRECTED to ENTER JUDGMENT and close the file.

This order terminates the action in its entirety.

IT IS SO ORDERED.

**Dated:   June 6, 2007**                              **/s/ Lawrence J. O'Neill**
                                                                UNITED STATES DISTRICT JUDGE